**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **SHALONDA REEVES,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **Case No: 3:25-cv-01286** |
| | ] | |
| **LIFE LINE SCREENING OF AMERICA, LLC,** | ] | **Judge William L. Campbell, Jr.** |
| | ] | |
| | ] | |
| **Defendant.** | ] | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Shalonda Reeves and Defendant Life Line Screening of America, LLC (together, the "Parties") jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully Submitted,

*s/ Colleen E. Mallea*____________
Jennifer Robinson, BPR No. 020380
Colleen E. Mallea, BPR No. 032238
Armon Ghayoumi, BPR No. 041896
Littler Mendelson, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
jenrobinson@littler.com
cmallea@littler.com
aghayoumi@littler.com

*Counsel for Defendant*

*s/ Brandon Hall* (by CEM with permission)
G. Brandon Hall, BPR No. 034027
Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
Email: bhall@eclaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 23, 2026, the foregoing Joint Stipulation of Dismissal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

G. Brandon Hall, Esq.
The Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
bhall@eclaw.com

*/s/ Colleen Mallea*