**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHALONDA REEVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:25-cv-01286** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **LIFE LINE SCREENING OF AMERICA, LLC,** | ) | **MAGISTRATE JUDGE HILL** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court is in receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 23) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE